■ FALCO CONSTRUCTION CORP. et al., Respondents-Appellants, v CITY OF NEW YORK, Appellant-Respondent, and COLUMBIA ASPHALT CORPORATION, Respondent, et al., Defendants. (And a Third-Party Action.)—Judgment of the Supreme Court, Kings County, dated June 24, 1977, affirmed insofar as appealed from, without costs or disbursements. No opinion. We note that by stipulation dated March 3, 1978, (1) the City of New York withdrew its appeal as to all parties except Great Lakes Dredge & Dock Company and (2) Falco Construction Corp. withdrew its cross appeal. Titone, J. P., Suozzi, Margett and O'Connor, JJ., concur.